UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/22/2023
```

FILOGONIO BACILIO LORENZO, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

-against-

DEE MARK INC., *doing business as* Aroy Dee Thai, et al.,

                Defendants.

1:23-cv-48 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court scheduled an in-person status conference for August 22, 2023. [*See* ECF Nos. 12, 14.] Defense counsel did not appear for the Conference. Accordingly, the August 22, 2023 Conference is ADJOURNED to August 30, 2023 at 2:30 PM. The Conference will be **in-person** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Date: August 22, 2023
       New York, NY

                                          */s/ Mary Kay Vyskocil*
                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**