USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILOGONIO BACILIO LORENZO, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

-against-

DEE MARK INC., *doing business as* Aroy Dee Thai, et al.,

Defendants.

1:23-cv-48 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court held a status conference with the parties on August 30, 2023. As discussed at that conference, fact discovery is extended to November 30, 2023. **There will be no further extensions of the fact discovery deadline.** The depositions currently scheduled for September 6, 7, 11, 12, and 13 **may not** be adjourned absent consent of the other side **and** notice to the Court.

The parties are directed to **immediately** confer with Magistrate Judge Gorenstein with respect to any outstanding discovery disputes.

An **in-person** post-discovery conference is scheduled for December 12, 2023 at 11:30 AM.

**SO ORDERED.**

Date: August 30, 2023
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**