**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

FILOGONIO BACILIO LORENZO, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-against-

DEE MARK INC., doing business as Aroy Dee Thai, et al.,

Defendants.

---------------------------------------------------------------X

23 **CIVIL** 0048 (MKV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated September 21, 2026, Plaintiff is entitled to $16,478.43 in damages and an award of $44,707 in attorneys' fees and $2,064.15 in costs; accordingly, the case is closed.

**Dated:** New York, New York

September 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nesam Dulal

**Deputy Clerk**